Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Pamela C. Parker**
  Debtor(s)

Bankruptcy Case No.: 13–22818–JAD
Doc. # 72
Chapter: 13
Docket No.: 73 – 72
Concil. Conf.: June 22, 2017 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **May 5, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **May 22, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **June 22, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 21, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-22818-JAD
Pamela C. Parker                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: jfur              Page 1 of 2              Date Rcvd: Mar 21, 2017
                               Form ID: 410            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
```
db            +Pamela C. Parker,    214 Ridgefield Drive,    Greensburg, PA 15601-5925
cr            +J.P. Morgan Chase Bank, National Association,    Chase Records Ctr. Attn: Corr. Mail,
                Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
cr            +MTGLQ Investors, L.P.,    MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Servicing,
                PO Box 10826,    Greenville, SC 29603-0826
13667767      +Andrew F Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
13667769      +Chase,    Attn: OH4-7133,    3415 Vision Drive,    Columbus, OH 43219-6009
13667770     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
               (address filed with court:    Dominion Peoples,    P.O. Box 26666,    Richmond, VA 23261-6666)
13737349       J.P. Morgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence,
                Mail Mail Code LA4-5555,    700 Kansas Lane Monroe, LA 71203
13667772      +JP Morgan Chase Bank,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13667773      +JPMorgan Chase Bank,    Mailstop: JAXB2007,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13667774       JPMorgan Chase Bank, N.A.,    Chase Records Center,    Mail Code LA4-5555 - 700 Kansas Lane,
                Monroe, LA 71203
14232777       MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                Greenville, SC 29603-0826
13681579      +Peoples Natural Gas Co., LLC,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13667766      +E-mail/Text: bankruptcy@firstenergycorp.com Mar 22 2017 03:15:29     Allegheny Power,
                800 Cabin Hill Drive,    Greensburg, PA 15601-1689
13667768      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 22 2017 03:15:19     Asset Acceptance LLC,
                Po Box 2036,    Warren MI 48090-2036
13667771      +E-mail/Text: ally@ebn.phinsolutions.com Mar 22 2017 03:14:37     GMAC,    PO Box 130424,
                Roseville MN 55113-0004
13667775       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 22 2017 03:04:12      LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13667777      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2017 03:27:21
                PRA Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    PO Box 12914,
                Norfolk, VA 23541-0914
13667778      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2017 03:27:21
                PRA Receivables Mgt., LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
13678828       E-mail/Text: ebn@vativrecovery.com Mar 22 2017 03:14:51     Palisades Collection, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collection, LLC,
                PO Box 40728,    Houston TX 77240-0728
13667776      +E-mail/Text: ebn@vativrecovery.com Mar 22 2017 03:14:51     Palisades Collections, LLC,
                Vativ Recovery Solutions LLC,    As Agent For Palisades Collections, LLC,    PO Box 19249,
                Sugar Land TX 77496-9249
                                                                                               TOTAL: 8
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: jfur                  Page 2 of 2                  Date Rcvd: Mar 21, 2017
                               Form ID: 410                Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    J.P. Morgan Chase Bank, National Association agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   J.P. Morgan Chase Bank, National Association bkgroup@kmllawgroup.com
          Michael S. Geisler    on behalf of Debtor Pamela C. Parker m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                              TOTAL: 5