**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Pamela C. Parker** | : | Case No. 13−22818−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 72 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **16th day of June, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 13-22818-JAD
Pamela C. Parker                                                        Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                   Page 1 of 2            Date Rcvd: Jun 16, 2017
                              Form ID: 309                 Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
```
db            +Pamela C. Parker,    214 Ridgefield Drive,    Greensburg, PA 15601-5925
cr            +J.P. Morgan Chase Bank, National Association,    Chase Records Ctr. Attn: Corr. Mail,
                Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
cr            +MTGLQ Investors, L.P.,     MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Servicing,
                PO Box 10826,    Greenville, SC 29603-0826
13667767      +Andrew F Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
13667769      +Chase,    Attn: OH4-7133,    3415 Vision Drive,    Columbus, OH 43219-6009
13667770     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court:    Dominion Peoples,    P.O. Box 26666,    Richmond, VA 23261-6666)
13737349       J.P. Morgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence,
                Mail Mail Code LA4-5555,    700 Kansas Lane Monroe, LA 71203
13667774       JPMorgan Chase Bank, N.A.,    Chase Records Center,    Mail Code LA4-5555 - 700 Kansas Lane,
                Monroe, LA 71203
14232777       MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                Greenville, SC  29603-0826
13681579      +Peoples Natural Gas Co., LLC,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13667766      +E-mail/Text: bankruptcy@firstenergycorp.com Jun 17 2017 00:20:07     Allegheny Power,
                800 Cabin Hill Drive,    Greensburg, PA 15601-1689
13667768      +EDI: ACCE.COM Jun 17 2017 00:18:00     Asset Acceptance LLC,    Po Box 2036,
                Warren MI 48090-2036
13667771      +EDI: GMACFS.COM Jun 17 2017 00:18:00     GMAC,    PO Box 130424,    Roseville MN 55113-0004
13667772      +EDI: CHASE.COM Jun 17 2017 00:18:00     JP Morgan Chase Bank,    7255 Baymeadows Way,
                Jacksonville, FL 32256-6851
13667773      +EDI: CHASE.COM Jun 17 2017 00:18:00     JPMorgan Chase Bank,    Mailstop: JAXB2007,
                7255 Baymeadows Way,    Jacksonville, FL 32256-6851
13667775       EDI: RESURGENT.COM Jun 17 2017 00:18:00     LVNV Funding LLC,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
13667777      +EDI: PRA.COM Jun 17 2017 00:18:00     PRA Receivables Management, LLC,
                As Agent of Portfolio Recovery Assocs.,    PO Box 12914,    Norfolk, VA 23541-0914
13667778      +EDI: PRA.COM Jun 17 2017 00:18:00     PRA Receivables Mgt., LLC,    P.O. Box 41067,
                Norfolk, VA 23541-1067
13678828       E-mail/Text: ebn@vativrecovery.com Jun 17 2017 00:19:45     Palisades Collection, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collection, LLC,
                PO Box 40728,    Houston TX 77240-0728
13667776      +E-mail/Text: ebn@vativrecovery.com Jun 17 2017 00:19:45     Palisades Collections, LLC,
                Vativ Recovery Solutions LLC,    As Agent For Palisades Collections, LLC,    PO Box 19249,
                Sugar Land TX 77496-9249
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: jhel                  Page 2 of 2                  Date Rcvd: Jun 16, 2017
                              Form ID: 309                Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Pamela C. Parker m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```