**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> PAMELA C. PARKER <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:13-22818 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/30/2013 and confirmed on 09/03/2013 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,806.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,806.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,900.00 | |
|   Trustee Fee | 1,188.25 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,088.25 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MTGLQ INVESTORS LP <br>     Acct: 2266 | 0.00 | 21,745.37 | 0.00 | 21,745.37 |
|   MTGLQ INVESTORS LP <br>     Acct: 2266 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MTGLQ INVESTORS LP <br>     Acct: 2266 | 14,635.21 | 5,972.38 | 0.00 | 5,972.38 |
| | | | | 27,717.75 |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ <br>     Acct: | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
|   PAMELA C. PARKER <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MICHAEL S GEISLER ESQ <br>     Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   MICHAEL S GEISLER ESQ <br>     Acct: XXXXXXXXXXXXXXXXXXXXXXXX6-16 | 1,921.00 | 0.00 | 0.00 | 0.00 |
|   MTGLQ INVESTORS LP <br>     Acct: 2266 | 45.00 | 0.00 | 0.00 | 0.00 |

| 13-22818 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

* * * N O N E * * *

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| ASSET ACCEPTANCE CORP<br>Acct: 2990 | 853.23 | 0.00 | 0.00 | 0.00 |
| PALISADES ACQUISITION/PALISADES CLL<br>Acct: 6308 | 321.46 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 7542 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1970 | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                              27,717.75

TOTAL CLAIMED
PRIORITY            45.00
SECURED         14,635.21
UNSECURED        1,174.69

Date: 07/21/2017                              /s/ Ronda J. Winnecour
                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com